# EXHIBIT D

-----Original Message-----
From: James Muraff <muraff@gmail.com>
Sent: Monday, January 22, 2024 2:47 PM
To: Sandy Schmidt <sandy@schmidtfinancial.com>
Cc: James Muraff <jmuraff@mcdonaldhopkins.com>
Subject: Tolling Agreement / Insurance Policy

Hello Sandy,

Following up on our prior communications, please send me:

1) a draft tolling agreement

2) information about your insurance policy so that I can consider filing a claim.

Thank you,

James P. Muraff
312-371-6265