# EXHIBIT E



**From:** Bennett, Lynda A. <LBennett@lowenstein.com>
**Sent:** Friday, January 26, 2024 5:06 PM
**To:** Cooper, Leonard <Leonard.Cooper@Markel.com>
**Cc:** Giannoglou, Paul F. <PGiannoglou@lowenstein.com>
**Subject:** RE: Schmidt Advisory Services, Inc.; Claim No. FA400829 -- policy production

Good afternoon Len,

Thank you for providing Markel's consent to share the policy with Ms. Fowler's counsel.

Separately, I write to supplement my January 22, 2024 Notice of Claim letter, to place Markel on written notice of an additional related Claim.

On January 22, 2024, Schmidt was contacted by James Muraff asking for a tolling agreement and a copy of the Policy so that he "may consider filing a claim" against Schmidt. Mr. Muraff then made a request on January 25, 2024 for a copy of the coverage correspondence that has been exchanged between Schmidt and Markel. In a January 26, 2024 email, Mr. Muraff indicated that refusal to provide the coverage correspondence will result in him filing "a lawsuit to get that information."

Mr. Muraff is another investor involved with Creative Wealth Media Finance Corp. ("Creative Wealth Media"), the same entity that is associated with Mr. Lorenzen's and Ms. Fowler's investment concerns. Schmidt performed professional services, as well as fund management services, for Mr. Muraff in connection with his investment in Creative Wealth Media projects.

The alleged Wrongful Acts that underlie Mr. Schmidt's Claim constitute Interrelated Wrongful Acts because they share a common nexus of causally connected facts, circumstances, events, transactions, and causes, as the Wrongful Acts alleged by Mr. Lorenzen and Ms. Fowler -- specifically, Schmidt's alleged Professional Services and Investment Advisory Services provided in connection with investment in Creative Wealth Media projects. Mr. Muraff has requested a tolling agreement and thus has made a Claim, and because Mr. Muraff, Mr. Lorenzen, and Ms. Fowler alleged Interrelated Wrongful Acts, the allegations all constitute a single Claim.

Please confirm as soon as possible that Markel will acknowledge its obligation to provide Schmidt defense, and if necessary indemnity, coverage under the Policy for this Claim. Pending final resolution of this Claim, Schmidt fully reserves all of its rights under the Policy, at law, and in equity.

Please also take note that because Markel consents to providing Ms. Fowler with a copy of the Policy, we intend to provide Mr. Muraff with a copy as well.

Best regards,

Lynda

**Lynda A. Bennett**
Partner
Chair, Insurance Recovery Practice
Lowenstein Sandler LLP

T: (973) 597-6338
M: (908) 693-1704