# EXHIBIT F



180 NORTH LASALLE STREET ▪ SUITE 2750
CHICAGO ILLINOIS 60601-2800
312.368.0100

January 31, 2024

Via Email – newclaims@markelcorp.com

Markel American Insurance Company
4600 Cox Road
Gen Allen, VA 23060

  Re: Insured: Schmidt Advisory Services, Inc., d/b/a Catalyst Wealth Management Policy No.: PL86085C
     Claimant: James P. Muraff

Dear sirs:

  This law firm represents James P. Muraff in his claims against your insured Schmidt Advisory Services, Inc. ("SAS") under Policy number PL86085C. Please be advised that this letter is intended to place you on notice of Mr. Muraff's claims against SAS.

  Mr. Muraff established one or more investment accounts with SAS and engaged SAS's principal, Sandy Schmidt, to provide investment advice. In his role as investment advisor, Mr. Schmidt and SAS owed Mr. Muraff the fiduciary duties of care and loyalty. SAS was charged both with providing investment advice that was suitable for Mr. Muraff's investment goals and conducting a reasonable investigation into any proposed investment. Simply put, Mr. Schmidt and SAS breached their duties to Mr. Muraff.

  On or about June 10, 2021, SAS, through Mr. Schmidt, convinced Mr. Muraff to invest $450,000 in the production of creative works which were to be produced by "Bron Studios," a motion picture production and animation company based in Canada. The company filed for bankruptcy protection in Canada in July of 2023. Arising out of the bankruptcy are allegations of massive fraud involving certain financiers and insiders. The type of investment that SAS convinced Mr. Muraff to make was not suitable for his well-established investment goals. Additionally, it appears that neither Mr. Schmidt nor anyone else at SAS performed adequate due diligence on the investment opportunity prior to touting it to Mr. Muraff.

  As a result of these breaches, Mr. Muraff sustained substantial damages representing the loss of his entire investment. We intend to pursue claims against Mr. Schmidt ad SAS arising out of their breaches of fiduciary duty and negligence. Feel free to contact the undersigned if you have any questions.



Page 2 of 2
January 31, 2024


Sincerely,

LEVIN GINSBURG

HOWARD L. TEPLINSKY
hteplinsky@levinginsburg.com


cc:  James Muraff