# EXHIBIT H



**From:** Bennett, Lynda A. <LBennett@lowenstein.com>
**Sent:** Friday, February 2, 2024 4:01 PM
**To:** Cooper, Leonard <Leonard.Cooper@Markel.com>
**Cc:** Giannoglou, Paul F. <PGiannoglou@lowenstein.com>
**Subject:** RE: Schmidt Advisory Services, Inc.; Claim No. FA400829 -- questions

Good afternoon Len,

You have correctly identified the formal name of the fund below.

By way of further follow up to the notice previously provided for this Claim, attached please find a lawsuit that Lorenzen filed yesterday in Cook County. Schmidt needs immediate confirmation that Markel will provide defense cost coverage for this lawsuit. Schmidt plans to continue to use the O'Hagan law firm, recommended by Markel, to serve as defense counsel.

With respect to your request for advisory agreements, Schmidt provides the attached documents which confirm a written agreement between Schmidt and Lorenzen/his LLC. Schmidt was paid a facilitation fee in connection with Lorenzen's participation in the investment vehicle as the term sheet reflects and his complaint alleges, *inter alia*, that Schmidt received and retained compensation as a result of his investment.

I will provide you with additional information regarding the Fowler investment next week.

I also attach the subscription agreement with Muraff.

We have redacted all PII for the investors referenced in the attached documents. Further, these documents should be treated as confidential by Markel and are being provided solely to comply with Schmidt's cooperation duty under the Policy.

Pending final resolution of this matter, Schmidt continues to reserve all rights under the Policy, at law and in equity.

Best regards,

Lynda

**Lynda A. Bennett**
Partner
Chair, Insurance Recovery Practice
Lowenstein Sandler LLP

1

T: (973) 597-6338
M: (908) 693-1704



